IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENNETH BUHOLTZ, #18875-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15cv703 |
| | § | CRIMINAL ACTION NO. 4:11cr135(1) |
| UNITED STATES OF AMERICA | § | |

## ORDER ADOPTING THE
## UNITED STATES MAGISTRATE JUDGE'S
## INITIAL REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation (Dkt. #11) concluding that Movant's motion for default judgment (Dkt. #8) should be denied. The Report and Recommendation, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and Movant filed timely objections. Movant argues default judgment is appropriate in § 2255 motions, and he is entitled to relief. After conducting a *de novo* review, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's motion for default judgment (Dkt. #8) is **DENIED**.

SIGNED this 18th day of August, 2017.

*Amos Mazzant*

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE